## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION; FAMILY HEALTH COUNCIL OF CENTRAL PENNSYLVANIA, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 26-cv- |

## TABLE OF CONTENTS OF EXHIBITS CITED IN COMPLAINT

| DOCUMENT | EXHIBIT |
|---|---|
| U.S. Department of Health and Human Services, *Fiscal Year 2027 Notice of Funding Opportunity, Title X Family Planning Services Grants* (April 3, 2026), https://files.simpler.grants.gov/opportunities/770eae58-b245-4431-a4b8-7b1aca9e917f/attachments/5e3ac609-8998-466a-a8b6-c3d7d49a2e6c/2027_Title_X_Services_NOFO_PA-FPH-27-001_PDF.pdf [https://perma.cc/M5LN-UV5M ] | A |

| | |
|---|---|
| *Priorities of Office of the Assistant Secretary for Health*, U.S. Department of Health and Human Services' Office of the Assistant Secretary for Health, https://health.gov/priorities [https://perma.cc/ZY7V-UC32] | B |
| *HHS Priorities*, U.S. Department of Health and Human Services, https://www.hhs.gov/about/priorities/index.html [https://perma.cc/S4ZU-HTE6] | C |