## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:26-cv-1684-JPW |
| v. | ) ) | (Hon. Jennifer P. Wilson) |
| ROBERT F. KENNEDY, JR., *et al.*, | ) ) | |
| Defendants. | ) ) | |

## JOINT REQUEST FOR ADJOURNMENT OF JULY 9, 2026 SCHEDULING CONFERENCE (Doc. 31)

Today, Defendants released a new Notice of Funding Opportunity Announcement for the Title X Program ("NOFO"). The changes made to the NOFO could materially affect the schedule in this case. To provide time for Plaintiffs to review the changes, and for the parties to meet and confer, the parties respectfully request an adjournment of today's scheduling conference to either July 16 or July 21.

July 9, 2026

Respectfully submitted,

*/s/ Brigitte Amiri*
Brigitte Amiri*

NY Bar # 3017167
Meagan Burrows*
NY Bar # 5341094
Ryan Mendias*
NY Bar # 5742242
Chelsea Tejada*
NY Bar # 5845300
Nora Ellmann*
NY Bar # 6192355
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2500
bamiri@aclu.org
mburrows@aclu.org
rmendias@aclu.org
ctejada@aclu.org
nellmann@aclu.org

Sara J. Rose
Pa. Bar # 204936
Witold J. Walczak
Pa. Bar # 62976
American Civil Liberties Union of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
srose@aclupa.org
vwalczak@aclupa.org

*Attorneys for Plaintiffs*

Robin Summers*
D.C. Bar No. 219473
National Family Planning & Reproductive Health Association
1025 Vermont Ave. NW, Suite 800
Washington, D.C. 20005
T: (202) 293-3114

2

rsummers@nfprha.org

*Attorney for Plaintiff NFPRHA*

*\*Special admission approved*


FOR DEFENDANTS:

BRIAN D. MILLER
UNITED STATES ATTORNEY

*/s/ Timothy S. Judge*
TIMOTHY S. JUDGE
Deputy Chief, Civil Divsion
Assistant U.S. Attorney
Atty. I.D. #PA 203821
235 N. Washington Ave, Ste. 311
Scranton, PA 18503
Phone: (570) 348-2827
E-Mail: timothy.judge@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I filed the foregoing on the Court's ECF system, which electronically served counsel for Defendants.

*/s/ Brigitte Amiri*
Brigitte Amiri
