# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | ) | |
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, *et al.*, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:26-cv-1684-JPW |
| v. | ) | |
| | ) | (Hon. Jennifer P. Wilson) |
| ROBERT F. KENNEDY, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## TABLE OF CONTENTS OF EXHIBITS CITED IN PLAINTIFFS' AMENDED COMPLAINT

| DOCUMENT | EXHIBIT |
|---|---|
| U.S. Department of Health and Human Services, *Fiscal Year 2027 Notice of Funding Opportunity, Title X Family Planning Services Grants* (July 8, 2026), https://files.simpler.grants.gov/opportunities/770eae58-b245-4431-a4b8-7b1aca9e917f/attachments/bcfbf962-f7e2-4d2c-ae35-45f455944af4/PA-FPH-27-001_Revised_Title_X_Services_NOFO_7.8.26.pdf [https://perma.cc/HVQ4-3MCV] | A |

| | |
|---|---|
| *Priorities of Office of the Assistant Secretary for Health*, U.S. Department of Health and Human Services' Office of the Assistant Secretary for Health, https://health.gov/priorities [https://perma.cc/ZY7V-UC32] | B |
| *HHS Priorities*, U.S. Department of Health and Human Services, https://www.hhs.gov/about/priorities/index.html [https://perma.cc/S4ZU-HTE6] | C |