# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, *et al.*, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:26-cv-1684-JPW |
| v. | ) ) | (Hon. Jennifer P. Wilson) |
| ROBERT F. KENNEDY, JR., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF PENDING MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION (Doc. 23 and Doc. 24)

PLEASE TAKE NOTICE that Plaintiffs National Family Planning & Reproductive Health Association and Family Health Council of Central Pennsylvania hereby withdraw their July 2, 2026, Motion for Summary Judgment or, in the Alternative, a Preliminary Injunction, and accompanying Memorandum of Law and Statement of Undisputed Facts.

July 14, 2026

Respectfully submitted,

*/s/ Brigitte Amiri*

Brigitte Amiri*
NY Bar # 3017167
Meagan Burrows*
NY Bar # 5341094
Ryan Mendias*
NY Bar # 5742242
Chelsea Tejada*
NY Bar # 5845300
Nora Ellmann*
NY Bar # 6192355
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2500
bamiri@aclu.org
mburrows@aclu.org
rmendias@aclu.org
ctejada@aclu.org
nellmann@aclu.org

Sara J. Rose
Pa. Bar # 204936
Witold J. Walczak
Pa. Bar # 62976
American Civil Liberties Union of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
srose@aclupa.org
vwalczak@aclupa.org

*Attorneys for Plaintiffs*

Robin Summers*
D.C. Bar No. 219473
National Family Planning & Reproductive Health Association
1025 Vermont Ave. NW, Suite 800

2

Washington, D.C. 20005
T: (202) 293-3114
rsummers@nfprha.org

*Attorney for Plaintiff NFPRHA*

*\*Special admission approved*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I filed the foregoing Notice of Withdrawal of Plaintiffs' Motion for Summary Judgment or, in the Alternative, a Preliminary Injunction electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means.

*/s/ Brigitte Amiri*
Brigitte Amiri