**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION and FAMILY HEALTH COUNCIL OF CENTRAL PENNSYLVANIA, | : : : : : : | Civil No. 1:26-CV-01684 |
| Plaintiffs, | : : | |
| v. | : : | |
| ROBERT F. KENNEDY, JR., *in his official capacity as United States Secretary of Health and Human Services*, *et al.*, | : : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 16th day of July, 2026, following a telephone status conference with the parties, and in order to facilitate a timely resolution to the issues in this case, **IT IS ORDERED AS FOLLOWS**:

1. Defendants shall file the administrative record **<u>by July 31, 2026</u>**.

2. Defendants shall file the following documents **<u>by August 6, 2026</u>**:

   a. A cross-motion for summary judgment.

   b. A consolidated brief in support of their motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment, Doc. 39.

1

c. A statement of material facts in support of their motion for summary judgment.

d. A response to Plaintiffs' statement of material facts, Doc. 39-1.

3. Plaintiffs shall file the following documents **by August 20, 2026**:

a. A consolidated brief in opposition to Defendants' motion for summary judgment and reply brief in support of their own motion.

b. A response to Defendants' statement of material facts.

4. Defendants shall file a reply brief in support of their motion for summary judgment **by September 3, 2026**.

5. Oral argument on the cross-motions for summary judgment is **SCHEDULED** for **September 11, 2026, at 9:30 a.m.**, Courtroom 8A, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

2