**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, et al.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>Defendants.. | Civil No. 26-1684<br><br>Hon. Jennifer P. Wilson |

## ORDER

**NOW**, this 30th day of July, 2026, upon consideration of Defendants' Unopposed Motion to Modify Scheduling Order and File Non-Consolidated Briefs., **IT IS HEREBY ORDERED THAT** the motion is granted. The Scheduling Order (Doc. 42) is hereby modified as follows:

1. Defendants shall file their motion to dismiss **by July 31, 2026**.

2. Defendants shall file the administrative record **by July 31, 2026**.

3. Defendants shall file the following documents **by August 6, 2026**:

   a. A cross-motion for summary judgment.

   b. A consolidated brief in support of their motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment, Doc. 39.

  c. A statement of material facts in support of their motion for summary judgment.

  d. A response to Plaintiffs' statement of material facts, Doc. 39-1.

4. Plaintiffs shall file the following documents by **August 20, 2026**:

  a. A consolidated brief in opposition to Defendants' motion to dismiss and cross-motion for summary judgment and reply brief in support of their own motion.

  b. A response to Defendants' statement of material facts.

5. Defendants shall file a reply brief in support of their motion to dismiss and a reply brief in support of their motion for summary judgment by **September 3, 2026**.

6. Oral argument on the Defendants' motion to dismiss and the Parties' cross-motions for summary judgment, if necessary, is **SCHEDULED** for **September 11, 2026, at 9:30 a.m.**, Courtroom 8A, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF PENNSYLVANIA