UNITED STATES OF AMERICA

Department of Health and Human Services

CERTIFICATION OF TRUE COPY

**CERTIFICATION**
**OF THE ADMINISTRATIVE RECORD UPON THE 28 OF JULY 2026**

I, Natalie Dodson, Acting Deputy Assistant Secretary for Population Affairs, Office of the Assistant Secretary for Health, do hereby certify that to the best of my knowledge the materials described in the accompanying index constitute the administrative record in *National Family Planning & Reproductive Health Association, et al. v. Kennedy, Jr. et al.*, No. 1:26-cv-01684 (M.D. Pa.).

Natalie Dodson

Dated: 07/28/26