*National Family Planning & Reproductive Health Association, et al. v. Kennedy, Jr. et al.*,

No. 1:26-cv-01684 (M.D. Pa.)

**Index**


| | |
|---|---|
| FY 2027 Title X Family Planning Services Grants Notice of Funding Opportunity (PA-FPH-27-001), posted April 3, 2026 | A.R. 001-067 |
| FY 2027 Revised Title X Family Planning Services Grants Notice of Funding Opportunity (PA-FPH-27-001), posted July 9, 2026 | A.R. 068-133 |
| OASH priorities at: https://health.gov/priorities | A.R. 134-137 |
| HHS priorities at: https://www.hhs.gov/about/priorities/index.html | A.R. 138-146 |
| Email dated April 2, 2026, from Dale Bell, Deputy Assistant Secretary, Office of Grants, Office of the Assistant Secretary for Financial Resources, HHS, to HHS Chief Grants Management Officers, with 2 Attachments: (1) Action Transmittal OG AT 2026-02, dated April 3, 2026; (2) Revision to Departmental Notice of Funding Opportunity Content and Clearance Guidance, Fiscal Year 2026, Revised April 3, 2026 | A.R. 147-172 |
| Memorandum dated February 20, 2026, from Gustav Chiarello, Assistant Secretary for Financial Resources, HHS, to Leaders, Deputy Leaders, and Chiefs of Staff, Re: Clarification on Departmental Review of Grants and Contracts, with Attachment 1: Memorandum dated 8/21/25 from Dale Bell, Assistant Secretary for Grants, HHS, to HHS Chief Grants Management and Budget Officers, Re: Departmental Notice of Funding Opportunity Content and Clearance Guidance, Fiscal Year 2026 | A.R. 173-195 |