**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION and FAMILY HEALTH COUNCIL OF CENTRAL PENNSYLVANIA, | : | Civil No. 1:26-CV-01684 |
| Plaintiffs, | : | |
| v. | : | |
| ROBERT F. KENNEDY, JR., in his official capacity as United States Secretary of Health and Human Services, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 17th day of September, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Defendants' motion to dismiss, Doc. 46, is **GRANTED**. The amended complaint is **DISMISSED WITHOUT PREJUDICE**.

2) Plaintiffs' motion for summary judgment or, in the alternative, a preliminary injunction, Doc. 39, and Defendants' motion for summary judgment, Doc. 50, are **DENIED AS MOOT**.

3) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania